AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

FILED
2018 MAR -9  AM 10: 55

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jared Patton Roark | ) | Case No. 1:18-m-158 |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 13th, 2018__ in the county of __Travis__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, Section 922(g)(1) | Felon in Possession of one or more firearms that have been shipped or transported in interstate or foreign commerce. |

This criminal complaint is based on these facts:
See attachment.

☑ Continued on the attached sheet.

*Complainant's signature*

Task Force Officer Chris Rybarski
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/9/2018

City and state: Austin, TX

*Judge's signature*

Andrew W. Austin
United States Magistrate Judge
*Printed name and title*

*Attachment*

The following information is a result of my investigation and information provided to me by other law enforcement sources:

Your affiant is Task Force Officer Chris Rybarski, who is employed by the City of Austin (Texas) Police Department and currently assigned to Federal Bureau of Investigation (FBI), Joint Terrorism Task Force (JTTF). Your affiant has been a police officer for over 20 years and has experience working firearms and domestic terrorism related offenses.

In March 2018, the FBI JTTF received information from the Austin Police Department about an individual arrested for Aggravated Assault with a Deadly Weapon, 2nd Degree Felony. The subject is identified as Jared Patton ROARK. Austin Police Department executed an arrest and search warrant at the residence of ROARK, located at 2201 Willow Brook Drive #284, Austin, Travis County, Texas. The warrants were reviewed and approved by Austin Municipal Court Judge Vigorito.

The state arrest and search warrant stemmed from an incident that occurred on or about February 13, 2018. On that date, two individuals, J. M. and A. C., drove to 2201 Willow Creek Drive #284, Austin, Travis County, Texas to meet with ROARK and his girlfriend in order to return borrowed books. After arriving, ROARK's girlfriend physically attacked A.C., striking and punching A.C. when A.C. exited the vehicle. A.C. stated while A.C. was under attack, A.C. heard what sounded like a firearm being chambered. A.C. then observed ROARK walk towards J.M. and point a firearm at J.M.'s head. A.C. said ROARK then yelled "wrap this up," at which time his girlfriend retreated from hitting A.C. A.C. and J.M. then managed to get away in their vehicle, after which A.C. stated that J.M. was observed bleeding in the head and face area.

On February 13, 2018, J.M. was interviewed by the Austin Police Department and made statements consistent with those of A.C. J.M. stated when J.M. and A.C. arrived at the apartment of ROARK, A.C. exited the vehicle and was immediately attacked by ROARK's girlfriend. J.M. stated that J.M. exited the vehicle to attempt to intervene. J.M. stated J.M. observed ROARK approaching with a black-semi automatic pistol. J.M. said ROARK approached within an arms length and pointed the weapon at J.M.'s head. J.M. stated that ROARK said to J.M. "get back in the car, and get the fuck out of here."

On March 3, 2018, members of the Austin Police Department executed the above mentioned arrest warrant for Aggravated Assault issued for ROARK at 2201 Willow Creek Drive #284, Austin, Travis County, Texas. During the execution of the arrest warrant for ROARK at the residence, a weapon was observed in plain view which appeared to match the description of the weapon used to commit the Aggravated Assault on February 13, 2018. Austin Police Officers secured the apartment and advised detectives, who subsequently obtained the aforementioned state search warrant for the residence. During the execution of the search warrant, multiple firearms and thousands of rounds of ammunition were located and seized from the bedroom occupied by ROARK and his girlfriend. The following firearms were seized from the apartment:

Semi-Automatic Rifle - PAP, s/n M92PV011625

Semi-Automatic Rifle, AK-47, s/n C1004286, CII

Semi-Automatic Rifle, AR-15, s/nKT1161865, Rock River Arms

Semi-Automatic Rifle, AR-15, s/n NS064966, American Tactical

Semi-Automatic TEC 9, s/n 43365, INTRATEC

Semi-Automatic Pistol .22mm, s/n WA161795, Walther

The aforementioned weapons were seized and placed in evidence with the Austin Police Department.

While on scene ROARK's girlfriend stated to Austin Police Officers that all the firearms were legal and belonged to Roark.

On March 7, 2018, criminal history checks were conducted on ROARK using his personal identifiers known to law enforcement and the checks revealed ROARK has been previously convicted of a felony offense on May 20, 2003, to wit:

Graffiti Worship/Burial/Public Monument/School (State Jail Felony punishable by confinement in state jail for not more than 2 years, or less than 180 days; in addition, a fine not to exceed $10,000 may be imposed)

368th District Court- Georgetown, Williamson County, Texas
Cause # 00-433-K368
Sentenced to 7 months in state jail/$2500 fine after final adjudication/revocation of a 5 year term of deferred adjudication

Said conviction prohibits ROARK from possessing any firearm or ammunition under federal law. On March 8, 2018, your affiant received confirmation from Bureau of Alcohol, Tobacco, Firearms, and Explosives(ATF) Special Agent Daniel Mueller, who is certified in firearms nexus determinations, that the firearms seized by the Austin Police Department at 2201 Willow Creek Drive #284 Austin, Travis County, Texas on March 3, 2018 and listed herein, did in fact travel in interstate and/or foreign commerce prior to being recovered in the execution of the search warrant at the residence.

Based on the above information, your affiant believes probable cause exists to show that Jared Patton ROARK has violated Title 18 United States Code, Section 922 (g)(1) in Austin, Travis County, Western Judicial District of Texas.