# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

United States of America

Case Number: AU:18-M -00158(1)

v.

(1) Jared Patton Roark
*Defendant*

# ORDER SCHEDULING A DETENTION HEARING

A [X] detention hearing and a [X] preliminary hearing in this case is/are scheduled as follows:

| Place: | 501 West 5th Street, Austin, Texas, 78701 | Courtroom No.: 8, 7th Floor |
|---|---|---|
| Presiding Judge: | Magistrate Judge Mark Lane | Date and Time: March 14, 2018, at 10:30 AM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

If defendant chooses to waive hearing, a written waiver (see attached) must be signed by defendant and his/her counsel and filed by 4:00 p.m. the day before scheduled hearing.

March 09, 2018
*Date*

ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

United States of America

v.  Case Number: AU:18-M -00158(1)

(1) Jared Patton Roark
*Defendant*

## DEFENDANT'S RESPONSE TO NOTICE OF DETENTION HEARING

Defendant, (1) Jared Patton Roark, files this response to the Notice of Detention Hearing which was issued by the Court. After further investigation, Defendant wishes at this time to waive his/her right to the detention hearing, subject to his/her right to bring a motion concerning detention at a later date.

_____  Respectfully submitted,
*Defendant*

_____  _____
*Date*  *Attorney for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was hand delivered to the Assistant United States Attorney on the ____ day of _____, 20 ___ .

_____
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

United States of America

v.                     NO: AU:18-M -00158(1)

(1) Jared Patton Roark

**WAIVER OF A PRELIMINARY HEARING**

      I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

      I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: _____

_____
Defendant's signature

_____
Signature of defendant's attorney