RECEIVED
U.S. MARSHALS SERVICE
2018 MAR -9 AM 11:04
WESTERN DISTRICT/TEXAS
AUSTIN DIVISION

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br>Jared Patton Roark<br><br>Defendant | ) ) ) ) ) ) ) | Case No. 1:18-m-158 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jared Patton Roark,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

The defendant, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate or foreign commerce, one or more firearms in violation of Title 18, Section 922(g)(1).

Date: 3/9/2018

*Issuing officer's signature*

City and state: Austin, Travis County, Texas

Task Force Officer Chris Rybarski
*Printed name and title*

---

### Return

This warrant was received on *(date)* 3/9/18, and the person was arrested on *(date)* 3/9/18
at *(city and state)* Austin, Texas.

Date: 3/9/18

*Arresting officer's signature*

Task Force Officer Chris Rybarski
*Printed name and title*