UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| V. | § | NO. A-18-158(1)M |
| | § | |
| JARED PATTON ROARK | § | |

**UNOPPOSED MOTION TO CONTINUE
PRELIMINARY AND DETENTION HEARING**

TO THE HONORABLE JUDGE MARK LANE:

NOW COMES defendant Jared Patton Roark, and files this unopposed motion to continue, showing the Court as follow:

This case is presently set for a preliminary and detention hearing on March 19, 2018 at 11:00 a.m. Defendant needs to be interviewed by Pretrial Services and Counsel needs time to prepare for the detention hearing.

Counsel for Defendant requests that the preliminary and detention hearing be reset to Wednesday, March 21, 2018 or at a time convenient for the Court.

AUSA Alan Buie has been consulted and is unopposed to this motion.

WHEREFORE, premises considered, Defendant requests that this Court continue the preliminary and detention hearing in this cause.

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender

_____
/s/ JOSE I. GONZALEZ-FALLA
Assistant Federal Public Defender
Western District of Texas
Lavaca Plaza
504 Lavaca St., Ste. 960
Austin, Texas 78701
(512) 916-5025
(512) 916-5035 (FAX)
Bar Number: Texas 08135700
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of March, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Alan Buie
Assistant U.S. Attorney
816 Congress Ave., Ste. 1000
Austin, TX 78701

_____
/s/Jose I. Gonzalez-Falla

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | NO.   A-18-158(1)M |
| JARED PATTON ROARK | § § | |

**O R D E R**

On this date came on to be considered Defendant's Unopposed Motion to Continue Preliminary and Detention Hearing and the Court finds that for the reasons stated in the Defendant's motion, the ends of justice served by the continuance outweigh the best interest of the public and the Defendant in a speedy trial.

IT IS THEREFORE ORDERED THAT the Preliminary and Detention Hearing is reset to the _____ day of March, 2018 at _____ a.m.

SIGNED this _____ day of March, 2018.

_____
MARK LANE
UNITED MAGISTRATE JUDGE