UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

United States of America

v.                                          NO:  AU:18-M -00158(1)

(1) Jared Patton Roark

**ORDER**

Before the Court is the Defendant's Unopposed Motion for Continuance (Clerk's Doc. No. 13).  The Defendant was set for PRELIMINARY / DETENTION HEARING on March 19, 2018.  Defendant's counsel has requested that the hearing be reset.  The Government does not oppose the continuance.  The Court finds good cause for this extension.  ACCORDINGLY,  the PRELIMINARY / DETENTION HEARING in this case is reset to March 21, 2018 at 10:00 AM.

Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by allowing the Defendant the additional time in which to prepare outweigh the best interest of the public and the Defendant in a speedy trial, in that the failure to grant such a continuance would unreasonably deny the Defendant's counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7).  Thus, the Court ORDERS that the time from March 19, 2018 through March 21, 2018, be excluded under the Speedy Trial Act.

SIGNED this 19th day of March, 2018.

_____
ANDREW W AUSTIN
UNITED STATES MAGISTRATE JUDGE