# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

**United States of America**

v.                                    NO:   AU:18-M -00158(1)

**(1) Jared Patton Roark**

## WITNESS LIST for PRELIMINARY / DETENTION HEARING held on March 21, 2018

| BY GOVERNMENT | BY DEFENDANT |
|---|---|
| 1. Bryant Berthold | 1. Eugene Carylo |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |
| 16. | 16. |
| 17. | 17. |
| 18. | 18. |